1  Jack Silver, Esq. SBN 160575
   Jerry Bernhaut, Esq. SBN 206264
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.  (707) 528-8175
4  Fax.  (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 NORTHERN CALIFORNIA RIVER WATCH,            CASE NO. 2:08-CV-00791-MCE-GGH
   a non-profit corporation; HEATH JAY
12 BENNETT a minor child, by and through his   PETITION AND ORDER FOR
   guardian ad litem BIANCA AUGUSTINE;         APPOINTMENT OF GUARDIAN AD LITEM
13 MARIAH FRANCES BELLA BENNETT, a
   minor child, by and through her guardian ad
14 litem BIANCA AUGUSTINE; JAROD
   MYRON BLOOM, a minor child, by and
15 through his guardian ad litem BIANCA
   AUGUSTINE; BIANCA AUGUSTINE; and
16 STUART BENNETT,

17          Plaintiffs,
       v.
18
   BULLION RIVER GOLD CORP., FRENCH
19 GULCH (NEVADA) MINING CORP, and
   DOES 1-10, Inclusive,
20
            Defendants                        /
21
   Petitioner BIANCA AUGUSTINE states as follows:
22
   1.    Plaintiff HEATH JAY BENNETT is a minor child of the age of 9 years.
23
   2.    Plaintiff MARIAH FRANCES BELLA BENNETT is a minor child of the age of 3 months.
24
   3.    Plaintiff JAROD MYRON BLOOM is a minor child of the age of 11 years.
25
   4.    The minor Plaintiffs are commencing an action in this Court against Defendants BULLION
26
         RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP, ET AL, for the
27
         matters more particularly set fort in the Complaint already on file in this matter.
28

5. I am the natural mother and parent of all three minor Plaintiffs who reside with myself and my husband, Plaintiff STUART BENNETT at 1413 French Gulch Road, French Gulch, CA 96033.

6. I am willing to act as guardian ad litem for said minor Plaintiffs, as appears by my consent hereto.

WHEREFORE, Petitioner BIANCA AUGUSTINE moves the Court for an order appointing her as guardian ad litem for minor plaintiffs HEATH JAY BENNETT, MARIAH FRANCES BELLA BENNETT and JAROD MYRON BLOOM for the purpose of prosecuting the action against Defendants on the claims above stated.

DATED: 4/9/08

JERRY BERNHAUT
Attorney for Petitioner
BIANCA AUGUSTINE

## CONSENT

I, Bianca Augustine, consent to act as guardian ad litem for the minor Plaintiffs Heath Jay Bennett, Mariah Frances Bella Bennett and Jarod Myron Bloom in the above-captioned action.

DATED: 4/4/08

BIANCA AUGUSTINE

## ORDER

The petition for an order appointment BIANCA AUGUSTINE as guardian ad litem for minor Plaintiffs Heath Jay Bennett, Mariah Frances Bella Bennett and Jarod Myron Bloom is **GRANTED**.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM                2