1   Jack Silver, Esq. SBN  160575
    Jerry Bernhaut, Esq. SBN 206264
2   Law Office of Jack Silver
    Post Office Box 5469
3   Santa Rosa, CA 95402-5469
    Tel.   (707) 528-8175
4   Fax.   (707) 528-8675
    lhm28843@sbcglobal.net
5
    Attorneys for Plaintiff
6   NORTHERN CALIFORNIA RIVER WATCH

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  NORTHERN CALIFORNIA RIVER WATCH,        **CASE NO.  2:08-CV-00791-MCE-GGH**
    a  non-profit  corporation;  HEATH  JAY
12  BENNETT a minor child, by and through his   REQUEST FOR CONTINUANCE OF
    guardian ad litem BIANCA AUGUSTINE;     HEARING ON MOTION FOR GUARDIAN
13  MARIAH FRANCES BELLA BENNETT, a         AD LITEM  [PROPOSED] ORDER
    minor child, by and through her guardian ad
14  litem  BIANCA  AUGUSTINE;  JAROD
    MYRON BLOOM, a minor child, by and
15  through his guardian ad litem BIANCA    Date:          May 30, 2008
    AUGUSTINE; BIANCA AUGUSTINE; and        Time:          9:00 a.m.
16  STUART BENNETT,                         Ctrm:          7

17              Plaintiffs,
          v.
18
    BULLION RIVER GOLD CORP., FRENCH
19  GULCH (NEVADA) MINING CORP, and
    DOES 1-10, Inclusive,
20
                Defendants
21  _____/

22
          Petitioner BIANCA AUGUSTINE herewith requests a continuance of the hearing on her Motion
23
    for Appointment of Guardian Ad Litem which is presently scheduled for hearing before this Court on
24
    May 30, 2008 at 9:00 a.m. in Courtroom 7, and in support of her request states as follows:
25
          Petitioner is the mother of three minor children - a 3-month old baby and two sons who currently
26
    attend elementary school.
27

28
    2:08-CV-00791 MCE GGH
    REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM
                                          1

It would be a significant hardship for Petitioner to get her children ready for school, drive them to school and then drive from her home in French Gulch to Sacramento in time for a 9:00 a.m. hearing.  Petitioner's children will be out of school on summer break by mid June at which time she can arrange for daycare.

The Court calendar is available for a hearing on Petitioner's Motion for Appointment of Guardian ad Litem on June 13, 2008.

There has been no appearance by any defendant in this action and therefore no party will be prejudiced or inconvenienced by a continuance of two weeks.

For these reasons, Petitioner respectfully requests the Court continue the hearing on her Motion for Appointment of Guardian Ad Litem to Friday, June 13, 2008 at 9:00 a.m., in Courtroom 7.

DATED: May 6, 2008

JERRY BERNHAUT
Attorney for Petitioner
BIANCA AUGUSTINE

**<u>ORDER</u>**

**IT IS SO ORDERED** that for good cause shown , Petitioner's Motion to Appoint Guardian Ad Litem shall be heard on Friday, June 13, 2008 at 9:00 a.m. in Courtroom 7 of this Court.

DATED: _____

_____
HON. MORRISON C. ENGLAND, JR.
JUDGE, U.S. DISTRICT COURT