Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; HEATH JAY BENNETT a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; MARIAH FRANCES BELLA BENNETT, a minor child, by and through her guardian ad litem BIANCA AUGUSTINE; JAROD MYRON BLOOM, a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br><br>    Plaintiffs,<br>    v.<br><br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP, and DOES 1-10, Inclusive,<br><br>    Defendants | **CASE NO.  2:08-CV-00791-MCE-GGH**<br><br>REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR GUARDIAN AD LITEM ORDER<br><br>Date:           May 30, 2008<br>Time:           9:00 a.m.<br>Ctrm:           7 |

Petitioner BIANCA AUGUSTINE herewith requests a continuance of the hearing on her Motion for Appointment of Guardian Ad Litem which is presently scheduled for hearing before this Court on May 30, 2008 at 9:00 a.m. in Courtroom 7, and in support of her request states as follows:

Petitioner is the mother of three minor children - a 3-month old baby and two sons who currently attend elementary school.
2:08-CV-00791 MCE GGH
REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM
1

It would be a significant hardship for Petitioner to get her children ready for school, drive them to school and then drive from her home in French Gulch to Sacramento in time for a 9:00 a.m. hearing. Petitioner's children will be out of school on summer break by mid June at which time she can arrange for daycare.

The Court calendar is available for a hearing on Petitioner's Motion for Appointment of Guardian ad Litem on June 13, 2008.

There has been no appearance by any defendant in this action and therefore no party will be prejudiced or inconvenienced by a continuance of two weeks.

For these reasons, Petitioner respectfully requests the Court continue the hearing on her Motion for Appointment of Guardian Ad Litem to Friday, June 13, 2008 at 9:00 a.m., in Courtroom 7.

/s/ Jerry Bernhaut

DATED: May 6, 2008

JERRY BERNHAUT
Attorney for Petitioner
BIANCA AUGUSTINE

## **ORDER**

**IT IS SO ORDERED** that for good cause shown, Petitioner's Motion to Appoint Guardian Ad Litem shall be heard on Friday, June 13, 2008 at 9:00 a.m. in Courtroom 7 of this Court.

Dated: May 7, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE