# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, ET AL.,

V.

BULLION RIVER GOLD CORP., ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:08-CV-00791-MCE-GGH

TO: **Bullion River Gold Corp., French Gulch (Nevada) Mining Corp.**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

Jack Silver
Law Office of Jack Silver
PO Box 5469
Santa Rosa, CA 95402

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR
CLERK

/s/ D. Duong

(By) DEPUTY CLERK



ISSUED ON 2008-04-14 11:31:41.0, Clerk
USDC EDCA

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___07/18/2008___,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify)  personally delivering a copy to Nikki Bonney, Administrative Assistant, Bullion River Gold Corp., 3500 Lakeside Court, Reno, Nevada

My fees are $ 90.00 for travel and $ 0.00 for services, for a total of $ 90.00

Date: 07/21/2008

Server's signature

**Robert Deale, Licensed Process Server**
Printed name and title

PMB 130
10580 N. McCarran Blvd., #115
Reno, NEvada 89503
(775) 337-1117

Server's address