Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; HEATH JAY BENNETT a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; MARIAH FRANCES BELLA BENNETT, a minor child, by and through her guardian ad litem BIANCA AUGUSTINE; JAROD MYRON BLOOM, a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP, and DOES 1-10, Inclusive,<br><br>　　　　　　　Defendants | CASE NO. 2:08-CV-00791-MCE-GGH<br><br>PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner BIANCA AUGUSTINE states as follows:

1.　Plaintiff HEATH JAY BENNETT is a minor child of the age of 9 years.

2.　Plaintiff MARIAH FRANCES BELLA BENNETT is a minor child of the age of 3 months.

3.　Plaintiff JAROD MYRON BLOOM is a minor child of the age of 11 years.

4.　The minor Plaintiffs are commencing an action in this court against Defendants BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP., ET AL, for the matters more particularly set forth in the Complaint already on file in this matter.

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM　　　　　　　　　　　1

5. I am the natural mother and parent of all three minor Plaintiffs who reside with myself and my husband, Plaintiff STUART BENNETT at 1413 French Gulch Road, French Gulch, CA 96033.

6. I am willing to act as guardian ad litem for said minor Plaintiffs, as appears by my consent hereto.

WHEREFORE, Petitioner BIANCA AUGUSTINE moves the Court for an order appointing her as guardian ad litem for minor plaintiffs HEATH JAY BENNETT, MARIAH FRANCES BELLA BENNETT and JAROD MYRON BLOOM for the purpose of prosecuting the action against Defendants on the claims above stated.

DATED: April 9, 2008

/s/ *Jerry Bernhaut*
JERRY BERNHAUT
Attorney for Petitioner
BIANCA AUGUSTINE

## CONSENT

I, Bianca Augustine, consent to act as guardian ad litem for the minor Plaintiffs Heath Jay Bennett, Mariah Frances Bella Bennett and Jarod Myron Bloom in the above-captioned matter.

DATED: April 4, 2008

/s/ *Bianca Augustine*
BIANCA AUGUSTINE

## ORDER

The petition for order appointing BIANCA AUGUSTINE as guardian ad litem for minor Plaintiffs Heath Jay Bennett, Mariah Frances Bennett and Jarod Myron Bloom is **GRANTED.**

Dated: August 8, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE