1 | M. Taylor Florence, SBN 159695
E-Mail: taylor.florence@bullivant.com
2 | BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
3 | Sacramento, California 95814
Telephone: 916.930.2500
4 | Facsimile: 916.930.2501

5 | Attorneys for Defendants

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 | NORTHERN CALIFORNIA RIVER WATCH,   Case No.: 2:08-CV-00791-MCE-GGH
et al.,
11 |                                    **STIPULATION FOR EXTENSION OF
                Plaintiffs,            TIME TO RESPOND TO COMPLAINT**
12 |
     vs.
13 |
   BULLION RIVER GOLD CORP., FRENCH
14 | GULCH (NEVADA) MINING CORP, and
   DOES 1-10, inclusive,
15 |
                Defendants.
16

17

18        Pursuant to Local Rule 6-144(a), Plaintiffs and Defendants BULLION RIVER GOLD

19 CORPORATION and FRENCH GULCH (NEVADA) MINING CORPORATION

20 ("Defendants") hereby stipulate and agree as follows:

21        1.    Plaintiffs served their Complaint under the Environmental Clean Water Act - 33

22 U.S.C. section 1251, et seq., and the Resource Recovery and Conservation Act – 42 U.S.C.

23 6901 et seq. ("Complaint") on July 18, 2008, and Defendants would be required to respond to

24 Plaintiffs' Complaint no earlier than August 7, 2008;

25        2.    Plaintiffs have agreed to the granting of a 30-day extension of time so that

26 counsel for Defendants can obtain additional information and make a meaningful response to

27 Plaintiffs' Complaint, and this is the first extension between these parties;

28

– 1 –
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1    3.    Defendants have up to and including September 5, 2008, to enter its first

2  appearance to Plaintiffs' Complaint; and,

3    4.    That email or fax signatures to this Stipulation shall be considered the same as

4  originals for purposes of filing this Stipulation.

5  Dated:  August 6, 2008               Law Offices of Jack Silver

6                                        By    _____

7                                        Jack Silver
                                         Jerry Bernhaut
8                                        Attorneys for Plaintiff
                                         NORTHERN CALIFORNIA RIVER WATCH
9
   Dated:  August 6, 2008
10                                       _____
                                         BIANCA AUGUSTINE, *in pro se,*
11                                       individually and Guardian ad litem for minors,
                                         HEATH JAY BENNETT,
12                                       MARIAH FRANCIS BELLA BENNETT
                                         JAROD MYRON BLOOM

13 Dated:  August 6, 2008
                                         _____
14                                       STUART BENNETT, *in pro se*

15 Dated: August 6, 2008                 BULLIVANT HOUSER BAILEY PC

16                                       By    _____
                                         M. Taylor Florence
17                                       Attorneys for Defendants
                                         BULLION RIVER GOLD CORPORATION and
18                                       FRENCH GULCH (NEVADA) MINING
                                         CORPORATION

19

20

21 10711367.1

22

23

24

25

26

27

28

– 2 –
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

08/26/2008  13:33    7075288675              LAW OFFICE                      PAGE  04/04

Aug 26  Case 2:08-cv-00791-MCE-GGH  Document 12    Filed 08/27/08  Page 3 of 3      p. 1
        08/26/2008  11:11    7075288675              LAW OFFICE                      PAGE  03/03

1       3.    Defendants have up to and including September 5, 2008, to enter its first

2   appearance to Plaintiffs' Complaint; and,

3       4.    That email or fax signatures to this Stipulation shall be considered the same as

4   originals for purposes of filing this Stipulation.

5   Dated: August 6, 2008          Law Offices of Jack Silver

6

7                           By  _____
                                Jack Silver
8                               Jerry Bernhaut
                                Attorneys for Plaintiff
9                               NORTHERN CALIFORNIA RIVER WATCH
    Dated: August 26 2008
10                              BIANCA AUGUSTINE, *in pro se,*
11                              individually and Guardian ad litem for minors,
                                HEATH JAY BENNETT,
12                              MARIAH FRANCIS BELLA BENNETT
                                JAROD MYRON BLOOM
13  Dated: August 26 2008
                                STUART BENNETT, *in pro se*
14

15  Dated: August 6, 2008

16                          BULLIVANT HOUSER BAILEY PC

16                          By  _____
17                              M. Taylor Florence
                                Attorneys for Defendants
18                              BULLION RIVER GOLD CORPORATION and
                                FRENCH GULCH (NEVADA) MINING
19                              CORPORATION

20

21  10711367.1

22

23

24

25

26

27

28

                                          — 2 —
                        STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT