

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

NORTHERN CALIFORNIA RIVER WATCH, a
non-profit corporation, et al.

                            Plaintiff(s),

                                        Case No.   2:08-CV-00791-MCE-GGH

v.

BULLION RIVER GOLD CORP., et al.

                            Defendant(s).

I, __Connie Sue Martin__,

attorney for __Defendants, Bullion River Gold Corp. and French Gulch (Nevada) Mining Corp.__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Bullivant Houser Bailey PC |
| Address: | 1601 Fifth Avenue, Suite 2300 |
| City: | Seattle |
| State: | WA     ZIP Code: 98101-1618 |
| Voice Phone: | ( 206 ) 292-8930 |
| FAX Phone: | ( 206 ) 386-5130 |
| Internet E-mail: | conniesue.martin@bullivant.com |
| Additional E-mail: | |
| I reside in City: | Gig Harbor     State: Washington |

I was admitted to practice in the __State of Washington__ (court) on __December 2, 1996__ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | M. Taylor Florence |
| Firm Name: | Bullivant Houser Bailey PC |
| Address: | 1415 L Street, Suite 1000 |
| City: | Sacramento |
| State: | CA        ZIP Code: 95814 |
| Voice Phone: | ( 916 ) 930-2500 |
| FAX Phone: | ( 916 ) 930-2501 |
| E-mail: | taylor.florence@bullivant.com |

Dated: 9/3/08         Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _____          _____
                                JUDGE, U.S. DISTRICT COURT