Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 823-1944
Fax. (707) 527-5443
E-mail:  paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
HEATH JAY BENNETT a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; MARIAH FRANCES BELLA BENNETT, a minor child, by and through her guardian ad litem BIANCA AUGUSTINE; JAROD MYRON BLOOM, a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation, HEATH JAY BENNETT a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; MARIAH FRANCES BELLA BENNETT, a minor child, by and through her guardian ad litem BIANCA AUGUSTINE; JAROD MYRON BLOOM, a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br>        Plaintiffs,<br>    v._____<br><br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP.; and DOES 1-10, Inclusive,<br>        Defendants.<br>_____/ | CASE NO: 2.08-CV-00791-MCE-GGH<br><br>**SUBSTITUTION OF ATTORNEY** |

1

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiffs HEATH JAY BENNETT a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; MARIAH FRANCES BELLA BENNETT, a minor child, by and through her guardian ad litem BIANCA AUGUSTINE; JAROD MYRON BLOOM, a minor child, by and through his guardian ad litem BIANCA AUGUSTINE, BIANCA AUGUSTINE, and STUART BENNETT, formerly represented by Jack Silver, Esquire hereby substitute PAUL S. SILVER, Esquire with regard to all further proceedings in the above-captioned matter.

CONSENT TO THIS SUBSTITUTION IS HEREBY GIVEN:

Date: November 17, 2008        /s/ Bianca Augustine
BIANCA AUGUSTINE, Guardian Ad Litem
For Minor Plaintiffs, HEATH JAY BENNETT,
MARIAH FRANCES BELLA BENNETT,
and JAROD MYRON BLOOM

Date: November 17, 2008        /s/ Bianca Augustine
BIANCA AUGUSTINE

Date: November 17, 2008        /s/Stuart Bennett
STUART BENNETT

Date: November 25, 2008        /s/ Paul S. Silver
PAUL S. SILVER, ESQUIRE

Date: November 24, 2008        /s/ Jack Silver
JACK SILVER, ESQUIRE

It is so ORDERED.

Dated: December 1, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE