Jack Silver, SBN 160575
Jerry Bernhaut, SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
E-Mail: lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH,

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, et al,<br><br>Plaintiffs,<br><br>v.<br><br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP.; and DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____/ | CASE NO.: 2.08-CV-00791- MCE-GGH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:     April 2, 2009<br>Time:     2:00 p.m.<br>Ctrm:     7 |

Plaintiff Northern California River Watch's  Motion to Compel Discovery Responses came on for hearing before this court on April 2, 2009.   Having read the documents submitted in support of and in opposition to the Motion and having considered the arguments of counsel, the Court finds that defendants Bullion River Gold Corp., French Gulch (Nevada) Mining Corp., has not cooperated with the normal procedures for discovery as these are intended to operate in this jurisdiction; and, that justice requires an order compelling discovery issue.

Accordingly,  IT IS ORDERED AS FOLLOWS**:**

1. Defendants Bullion River Gold Corp., French Gulch (Nevada) Mining Corp., shall immediately make its Washington Mine site and facilities available for inspection by River Watch and shall provide River Watch with an appropriate access agreement;

2. Defendants Bullion River Gold Corp., French Gulch (Nevada) Mining Corp shall make their corporate and/or business persons most knowledgeable available for testimony at deposition at the earliest possible convenience.

3. Defendants Bullion River Gold Corp., French Gulch (Nevada) Mining Corp are further ordered to produce documents and records to River Watch which are specifically responsive to each of plaintiff's requests for production which have been propounded; or in the alternative, shall provide for plaintiff an index or key by which plaintiff can determine which records produced are responsive.

4. Defendants are ordered to allow Plaintiff to perform in-situ inspection of all documents and records in Defendants' possession.

DATED: _____

_____
HON. MORRISON C. ENGLAND, JR.
JUDGE, U.S. DISTRICT COURT