1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10
NORTHERN CALIFORNIA RIVER WATCH, et al.,
11
12              Plaintiffs,              CIV. NO. S-08-0791 MCE GGH

13        vs.

14   BULLION RIVER GOLD CORP., et al.,

15              Defendants.              ORDER
   _____/
16

17              Plaintiff's motion to compel discovery presently is calendared for hearing on

18   April 2, 2009.  In light of defendants' notice of bankruptcy filing, dated March 10, 2009,

19   plaintiff's motion will be vacated.

20              Accordingly, IT IS ORDERED that plaintiff's motion to compel discovery, filed

21   February 23, 2009 (docket # 24), is vacated.

22   DATED: March 30, 2009

23                                      /s/ Gregory G. Hollows

24                                      _____
                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE
25   GGH:076:NorthernCal0791.vac.wpd

26

                                        1