Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
Jerry Bernhaut, Esquire SBN# 206264
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation.<br><br>       Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, TIMOTHY A CALLAWAY, an individual, GERHARD NEL, an individual, DR. RENE M. JUCHLER, an individual, PAUL HABER, an individual, DR. JORG OTZEN an individual and DOES 1 - 10, Inclusive,<br><br>       Defendants<br>_____ / | Case No:. 2:09-CV-WBS-DAD<br><br>**NOTICE OF RELATED CASES**<br><br>[Local Rule 83-123] |

Pursuant to Local Rule 83-123, plaintiff Northern California River Watch files this Notice to inform the court and other parties of a case related to this action.

**Notice of Related Cases (Local Rule 83-123)**

This case involves the unpermitted discharge and deposit of contaminants and hazardous waste from the Washington Mine located in Shasta County, into waters of the State, thereby creating or threatening to create conditions of pollution and of nuisance, and creating an imminent and substantial endangerment to human health and the environment

The Complaint in the instant case alleges violations of the Clean Water Act ("CWA"), specifically CWA § 505, 33 U.S.C. § 1365, 33 U.S.C. § 1311 and 33 U.S.C. § 1342 and violations of the Resource

1  Conservation and Recovery Act ("RCRA"), specifically RCRA § 7002(a)(1)(A), 42 U.S.C. §
2  6972(a)(1)(A) and RCRA § 7002(a)(1)(B), 42 U.S.C. § 6972(a)(1)(B).

3  The related case is entitled *Northern California River Watch, et al v. Bullion River Gold Corp.,
4  et al* Case No. 2:08-cv-00791 MCE-GGH ("*BRG*").  The *BRG* case involves the same discharges of
5  pollutants from the same Washington Mine site, during the same period of time, and alleges the same
6  violations of the CWA and RCRA.

7  Plaintiff in *BRG* is Northern California River Watch, among other individual plaintiffs.
8  Defendants in *BRG*, Bullion River Gold Corp and French Gulch Nevada Mining Corp. are the owners of
9  the Washington Mine.  Defendants in the instant case, U.S. Department of the Interior and Bureau of Land
10 Management, own and administer the un-patented land upon which the Washington Mine site is situated.
11 The individual named defendants in the instant case are past or present managers and/or employees of
12 Bullion River Gold Corp. and its wholly owned subsidiary French Gulch Nevada Mining Corp.

13 There is a significant amount of factual and legal overlap between the above-described cases which
14 involves Scorpion Gulch Creek and French Gulch Creek, tributaries to Whiskeytown Reservoir, all waters
15 of the United States.

16 Plaintiff respectfully submits that judicial efficiency will be served by having the same judge hear
17 both of the above-described cases.

19 Dated: September 9, 2009          /s/   Jack Silver, Esq.
                                     Attorney for Plaintiff
20                                   NORTHERN CALIFORNIA RIVER WATCH

2:09-CV-02510-WBS-DAD          2
NOTICE OF RELATED CASES