UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, et al., | No. 2:08-cv-00791-MCE-GGH |
| Plaintiffs, | **RELATED CASE ORDER** |
| v. | |
| BULLION RIVER GOLD CORP., et al., | |
| Defendants. | |
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, | No. 2:09-cv-02510-WBS-DAD |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

The Court has received the Notice of Related Case filed on September 10, 2009.

///

///

1

1  Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11  The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17  IT IS THEREFORE ORDERED that the action denominated 2:09-cv-
18 02510-WBS-DAD, <u>Northern California River Watch, a non-profit
19 corporation v. United States Department of the Interior, et al.</u>
20 is reassigned to Judge Morrison C. England, Jr. and Magistrate
21 Gregory G. Hollows for all further proceedings, and any dates
22 currently set in this reassigned case only is hereby VACATED.
23 The Clerk of the Court is to issue an Order Requiring Joint
24 Status Report.  Henceforth, the caption on documents filed in the
25 reassigned case shall be shown as 2:09-cv-02510-MCE-GGH.
26 ///
27 ///
28 ///

1     IT IS FURTHER ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of civil cases to
3  compensate for this reassignment.
4     IT IS SO ORDERED.

Dated: September 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE