Jack Silver, Esq. (SBN 160575)
Jerry Bernhaut, Esq. (SBN 206264)
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Telephone:  707.528.8175
Fax:  707.528.8675
Lhm28843@sbcglobal.net

Attorneys for Plaintiff NORTHERN
CALIFORNIA RIVER WATCH

Paul S. Silver, Esq. (SBN 78150)
PAUL S. SILVER, A Professional Corporation
815 Fifth Street. Suite 200
Santa Rosa, California  95404
Telephone:  707.823.1944
Fax: 877.829.4305
paulsilverlaw@yahoo.com

Attorney for Plaintiffs H.J.B., a minor, M.F.B.B., a minor, J.M.B., a minor, BIANCA AUGUSTINE and STUART BENNETT

And the attorneys identified on the signature page of this Motion on behalf of Defendants BULLION RIVER GOLD CORP. and FRENCH GULCH (NEVADA) MINING CORP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; H.J.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; M.F.B.B., by and through her guardian ad litem BIANCA AUGUSTINE; J.M.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br>　　　　　　　　Plaintiffs,<br>　　vs.<br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP.; and DOES 1-10, Inclusive,<br>　　　　　　　　Defendants. | Case No.: 2.08-CV-00791-MCE-GGH<br><br>**STIPULATION TO SHORTEN TIME**<br><br>**[LOCAL RULE 6-144(e)]**<br><br>**Courtroom: 7**<br>**Honorable:   Morrison C. England, Jr.** |

WHEREAS, Plaintiffs Northern California River Watch, H.J.B., a minor child, by and through his guardian ad litem Bianca Augustine, M.F.B.B., a minor child, by and through her

– 1 –

guardian ad litem Bianca Augustine, J.M.B., a minor child, by and through his guardian ad litem Bianca Augustine, Bianca Augustine and Stuart Bennett (collectively, "Plaintiffs"), and Defendants Bullion River Gold Corp. and French Gulch (Nevada) Mining Corp. (together, "Defendants") have filed concurrently herewith a joint Motion to Approve Settlement with Minor Children Under Local Rule 202 and to Approve Stipulation of Dismissal with Prejudice (the "Motion"); and

WHEREAS, there can be no objection or response to the Motion because all parties to the above-captioned action join in the relief sought by the Motion;  and

WHEREAS, the Bankruptcy Court has set a status conference for April 28, 2010 to determine the status of the Settlement with Minor Children;

NOW, THEREFORE, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate and agree to the elimination of the time to respond to the Motion, and request that, in order to promote judicial economy, the Court hear the Motion on April 8, 2010, which date the parties have been informed by the clerk may be available with waiver of the notice period on the Motion.

Dated:  March 25, 2010        NORTHERN CALIFORNIA RIVER WATCH

By:   /s/ Jerry Bernhaut (as authorized on 3/25/10)
Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
lhm28843@sbcglobal.net
*Counsel for Northern California River Watch*

By:   /s/ Paul S. Silver (as authorized on 3/25/10)
Paul S. Silver, Esq. SBN 78150
PAUL S. SILVER, A Professional Corporation
815 Fifth Street. Suite 200
Santa Rosa, California  95404
Tel.  (707) 823-1944
Fax. (877)829-4305
paulsilverlaw@yahoo.com
*Counsel for Stuart Bennett and Bianca Augustine, individually, and Bianca Augustine as guardian ad litem of the minor children, J.M.B., H.J.B. and M.F.B.B.*

BULLION RIVER GOLD CORP. and FRENCH GULCH (NEVADA) MINING CORP.

By: __*/s/ M. Taylor Florence*_____
BULLIVANT HOUSER BAILEY PC
M. Taylor Florence, Esq. (SBN 159695)
1415 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.930.2500
Fax: 916.930.2501
taylor.florence@bullivant.com

Connie Sue Martin, Esq.
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130
*Counsel for Bullion River Gold Corp. and French Gulch (Nevada) Mining Corp.*

12422706.1