1  Jack Silver, Esq. (SBN 160575)
   Jerry Bernhaut, Esq. (SBN 206264)
2  Law Office of Jack Silver
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Telephone: 707.528.8175
4  Fax: 707.528.8675
   Lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff NORTHERN
6  CALIFORNIA RIVER WATCH

7  Paul S. Silver, Esq. (SBN 78150)
   PAUL S. SILVER, A Professional Corporation
8  815 Fifth Street. Suite 200
   Santa Rosa, California 95404
9  Telephone: 707.823.1944
   Fax: 877.829.4305
10 paulsilverlaw@yahoo.com

11 Attorney for Plaintiffs H.J.B., a minor,
   M.F.B.B., a minor, J.M.B., a minor, BIANCA
12 AUGUSTINE and STUART BENNETT

13
   And the attorneys identified on the signature
14 page of this Motion on behalf of Defendants
   BULLION RIVER GOLD CORP. and FRENCH
15 GULCH (NEVADA) MINING CORP

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; H.J.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; M.F.B.B., by and through her guardian ad litem BIANCA AUGUSTINE; J.M.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br>                         Plaintiffs,<br>      vs.<br>BULLION RIVER GOLD CORP., FRENCH GULCH (NEVADA) MINING CORP.; and DOES 1-10, Inclusive,<br>                         Defendants. | Case No.: 2.08-CV-00791-MCE-GGH<br><br>**ORDER SHORTENING TIME**<br><br>**[LOCAL RULE 6-144(e)]**<br><br>**Courtroom: 7**<br>**Honorable:  Morrison C. England, Jr.** |

– 1 –

[PROPOSED] ORDER SHORTENING TIME

– 2 –

1

2      This matter having come before the Court on the stipulation of all Plaintiffs and

3 Defendants in the above-captioned action, and the Court being otherwise fully advised in the

4 premises;

5      IT IS HEREBY ORDERED that the Stipulation to Shorten Time is APPROVED.

6      IT IS FURTHER ORDERED that a hearing on the parties' joint Motion to Approve

7 Settlement with Minor Children Under Local Rule 202 and to Approve Stipulation of Dismissal

8 with Prejudice will be held on April 8, 2010 at 2:00 p.m.  Counsel for the individually named

9 Plaintiffs is directed to be present at the hearing, along with Plaintiff Stuart Bennett and Bianca

10 Augustine, both in her individual behalf and as Guardian ad Litem for the Minor Plaintiffs.

11

12 Dated: March 26, 2010

13

14      _____
     MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

– 2 –

[PROPOSED] ORDER SHORTENING TIME