Jack Silver, Esq. (SBN 160575)
Jerry Bernhaut, Esq. (SBN 206264)
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA  95402-5469
Telephone:  707.528.8175
Fax: 707.528.8675
Lhm28843@sbcglobal.net

Attorneys for Plaintiff NORTHERN
CALIFORNIA RIVER WATCH

Paul S. Silver, Esq. (SBN 78150)
Paul S. Silver, A Professional Corporation
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  707.823-1944
Fax: 877.829.4305
paulsilverlaw@yahoo.com

Attorney for Minor Plaintiffs

And the attorneys identified on the signature page of this Motion on behalf of Defendants BULLION RIVER GOLD CORP. and FRENCH GULCH (NEVADA) MINING CORP.

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; H.J.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; M.F.B.B., by and through her guardian ad litem BIANCA AUGUSTINE; J.M.B., a minor child, by and through his guardian ad litem BIANCA AUGUSTINE; BIANCA AUGUSTINE; and STUART BENNETT,<br><br>Plaintiffs,<br><br>v.<br><br>BULLION RIVER GOLD CORP. FRENCH GULCH (NEVADA) MINING CORP., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:08-cv-00791-MCE-GGH<br><br>**ORDER APPROVING SETTLEMENT WITH MINOR CHILDREN UNDER LOCAL RULE 202 AND APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |

– 1 –

This matter having come before the Court on the motion of the parties (the "Motion"),[1] the Court being otherwise fully advised in the premises, and good and sufficient cause being shown therefore,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 17(c) and Local Rule 202, the Settlement Agreement is hereby approved in all respects.

IT IS FURTHER ORDERED that settlement funds allocated to each of the three minor children, as specified in Paragraph 7 of the Declaration of Bianca Augustine (Docket No. 34-6) shall, upon receipt by Bianca Augustine, be deposited into separate blocked accounts for each minor, with an appropriate rate of interest and shall remain in the blocked account until said minor child reaches the age of eighteen.

This matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

Dated:  May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.